UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
# SENTENCING MINUTE SHEET

| | | | | |
|---|---|---|---|---|
| CR No. | 13-4044-MV | USA vs. | Cai | |
| Date: | April 23, 2015 | Name of Deft: | Wentong Cai | |
| Before the Honorable | | Martha Vázquez | | |

| | | | | |
|---|---|---|---|---|
| Time In/Out: | 1:55 p.m. / 3:10 p.m. | Total Time in Court (for JS10): | 1 hour, 15 minutes | |
| Clerk: | Linda Romero | Court Reporter: | Susan Sperry | |
| AUSA: | Dean Tuckman | Defendant's Counsel: | Thomas Nolan, Angelica Hall | |
| Sentencing in: | Albuquerque, New Mexico | Interpreter: | Howard Huang | |
| Probation Officer: | Loyola Garcia | Sworn? | Yes | No |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Convicted on: | **X** | Plea | | Verdict | As to: | | Information | **X** Indictment |
| If Plea: | **X** | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | **Count 3 of Superseding Indictment** | | |
| If Plea Agreement: | **X** | Accepted | | Not Accepted | No Plea Agreement | Comments: | | |
| Date of Plea/Verdict: | 12/16/14 | | | | PSR: | **X** Not Disputed | | Disputed |
| PSR: | **X** | Court Adopts PSR Findings | | | Evidentiary Hearing: | **X** Not Needed | | Needed |
| Exceptions to PSR: | | | | | | | | |

## SENTENCE IMPOSED
Imprisonment (BOP): 18 months

| | | | | |
|---|---|---|---|---|
| Supervised Release: | 3 years, unsupervised | Probation: | | 500-Hour Drug Program |
| **X** | Court recommends ICE begin removal proceedings immediately or during service of sentence | | | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| **X** | No re-entry without legal authorization | | Home confinement for _____ months _____ days |
| | Comply with ICE laws and regulations | | Community service for _____ months _____ days |
| | Substance abuse treatment program | | Reside residential reentry center _____ months _____ days |
| | Mental health treatment program | | Register as sex offender |
| | No alcohol/intoxicants | | Participate in sex offender treatment program |
| | Submit to search of person/property | | Possess no sexual material |
| | No contact with victim(s) and/or co-Deft(s) | | No computer with access to online services |
| | No entering, or loitering near, victim's residence | | No contact with children under 18 years |
| | Provide financial information | | No volunteering where children supervised |
| | Grant limited waiver of confidentiality | | Restricted from occupation with access to children |
| | | | No loitering within 100 feet of school yards |
| OTHER: | | | |

| | | | | | |
|---|---|---|---|---|---|
| Fine: $ | **0** | | Restitution: $ | **0** | |
| SPA: $ | 100 | ($100 as to each Count) | Payment Schedule: | **X** Due Imm. | Waived |
| OTHER: | Consistent with a stipulation in the Plea Agreement, Defendant forfeits rights, title, and interest to the assets and properties listed in paragraph 13 of the plea agreement. | | | | |

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | **X** | Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody | | Voluntary Surrender |
| | Recommended place(s) of incarceration: | | |
| | Dismissed Counts: | | |

UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
**SENTENCING MINUTE SHEET**

| | |
|---|---|
| OTHER COMMENTS | Court addresses defendant.  Defense counsel Nolan addresses Court.  Defense counsel Hall addresses Court.  Defendant addresses Court.  Court questions defendant regarding status of his dissertation and Ph.D.  Defense counsel Nolan responds.  Defendant responds to Court.  Government counsel addresses Court.  Court addresses parties regarding the judicial order of removal.  Government counsel explains that would expedite the deportation process for the defendant.  Defense counsel addresses Court.  Court addresses defendant and imposes sentence. |